UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60328-CR-ROSENBERG/BRANNON

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JOSEPH J. CLEMENTI
and
DARIEN P. YOUNG,

        Defendants.
_____/

### INDICTMENT

The Grand Jury charges that:

#### COUNT 1

On or about September 24, 2012, in Broward County, in the Southern District of Florida, the defendants,

**JOSEPH J. CLEMENTI
and
DARIEN P. YOUNG,**

knowingly and willfully combined, conspired and agreed with each other and with others known and unknown to the Grand Jury to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to each defendant, the controlled substance involved in the conspiracy attributable to each of these defendants as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## COUNT 2

On or about September 24, 2012, in Broward County, in the Southern District of Florida, the defendants,

**JOSEPH J. CLEMENTI**
and
**DARIEN P. YOUNG,**

knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants, JOSEPH J. CLEMENTI and DARIEN P. YOUNG, have an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

Upon conviction of any of the violations alleged in this Indictment, the defendants shall forfeit to the United States any and all property constituting or derived from any proceeds which

the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violations.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
FRANK H. TAMEN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

JOSEPH J. CLEMENTI and
DARIEN P. YOUNG,

## CERTIFICATE OF TRIAL ATTORNEY*

          Defendants.          /

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami  ___ Key West
_x_ FTL    ___ WPB    ___ FTP

New Defendant(s)         Yes ___ No ___
Number of New Defendants ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _No_
   List language and/or dialect   _____

4. This case will take    _3_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days      _✓_          Petty     ___
   II   6 to 10 days     ___          Minor     ___
   III  11 to 20 days    ___          Misdem.   ___
   IV   21 to 60 days    ___          Felony    _✓_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No.                _____
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes  _✓_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes  _✓_ No


                                        _____
                                        FRANK H. TAMEN
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Florida Bar No./Court No. 261289

*Penalty Sheet(s) attached                                      REV 10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSEPH J. CLEMENTI

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine

Title 21, United States Code, Section 846

*Max. Penalty: 40 Years' Imprisonment

Count #: 2

Possession with Intent to Distribute Cocaine.

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 40 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** DARIEN P. YOUNG

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine

Title 21, United States Code, Section 846

*Max. Penalty: 40 Years' Imprisonment

Count #: 2

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 40 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.